IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00989-SKC

ROBERT LAMB AND MARILYN LAMB,

    Plaintiffs,

v.

SOUTH DENVER CARDIOLOGY ASSOCIATES, P.C.,

    Defendant.

---

ENTRY OF APPEARANCE

---

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Plaintiffs Robert Lamb and Marilyn Lamb

    DATED at San Francisco, California this 18th day of May, 2023.

    Respectfully submitted,

    KAPLAN FOX & KILSHEIMER LLP

    By:  /s/ *Blair E. Reed*
        Blair E. Reed

    1999 Harrison Street, Suite 1560
    Oakland, CA  94612
    Telephone: (415) 772-4700
    Facsimile:  (415) 772-4707
    Email:  *breed@kaplanfox.com*

    *Counsel for Plaintiffs Robert Lamb and Marilyn Lamb.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 18th day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Bradley R. Irwin - birwin@coloradolawyers.com
*Counsel for Plaintiffs Robert Lamb and Marilyn Lamb*

Keeley O. Cronin - kcronin@bakerlaw.com
*Counsel for Defendant South Denver Cardiology Associates, P.C.*

                                                  */s/  Blair E. Reed*
                                                    Blair E. Reed