UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

ROBERT LAMB and MARILYN LAMB,

        Plaintiffs,

v.

SOUTH DENVER CARDIOLOGY ASSOCIATES, P.C.,

        Defendant.

Civil Action No.: 23-CV-00989-SKC

---

**JOINT MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT**

---

Plaintiffs Robert Lamb and Marilyn Lamb ("Plaintiffs") and Defendant South Denver Cardiology Associates, P.C. ("SDCA") (together with Plaintiffs, the "Parties") pursuant to D.C.Colo.LCivR 6.1(a) hereby file this Joint Motion for Second Extension of Time to Respond to Plaintiffs' Class Action Complaint ("Complaint"), seeking 14-day extension of time to answer or otherwise respond to Plaintiffs' Complaint, up to and including, July 3, 2023. Good cause exists to grant this motion on the following grounds:

    1.    On April 19, 2023, Plaintiffs filed the Complaint.

    2.    On April 28, 2023, Plaintiffs served SDCA with the Complaint.

    3.    On May 17, 2023, the Court granted SDCA's Joint Motion for Extension of Time to Respond to Plaintiffs' Complaint.

- 2 –

4. The current deadline for SDCA to answer or otherwise respond to Plaintiffs' Complaint is June 19, 2023.

5. To promote judicial economy and to preserve resources, the Parties are continuing to confer regarding the above-captioned action, including exploring early resolution.

6. Accordingly, SDCA requires additional time to respond to Plaintiffs' Complaint.

7. No deadlines have been set in this case, so the requested extension will not have any impact on other case deadlines.

8. Plaintiffs' counsel and SDCA's counsel jointly file this requested extension.

9. This request is made in good faith.

10. As such, good cause exists for the requested extension.

WHEREFORE, the Parties respectfully requests that the Court extend the deadline for SDCA to answer or otherwise respond to Plaintiffs' Complaint by 14 days, up to and including, July 3, 2023.

Dated: June 15, 2023

IRWIN FRALEY, PLLC

(Signed with Approval)

By:  /s/ Brad R. Irwin
Brad R. Irwin
birwin@coloradolawyers.com
6377 S. Revere Parkway
Suite 400
Centennial, CO 80111
Telephone: 303-999-9000
Facsimile:  303-999-9001

Respectfully submitted,

BAKER & HOSTETLER LLP

By:  /s/ Keeley O. Cronin
Casie D. Collignon
ccollignon@bakerlaw.com
Keeley O. Cronin
kcronin@bakerlaw.com
1801 California Street
Suite 4400
Denver, CO  80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

Attorneys for Defendant

- 3 –

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King, Esq.*
Matthew B. George, Esq.*
Blair E. Reed, Esq.*
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Joel B. Strauss, Esq.*
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
Email: *jstrauss@kaplanfox.com*

*Attorneys for Plaintiffs and the Proposed Class*
* U.S. District Court Bar applications forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Brad R. Irwin | birwin@coloradolawyers.com |
| Laurence D. King | lking@kaplanfox.com |
| Matthew B. George | mgeorge@kaplanfox.com |
| Blair E. Reed | breed@kaplanfox.com |
| Joel B. Strauss | Jstrauss@kaplanfox.com |

*/s/ Keeley O. Cronin*
Keeley O. Cronin